UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| IN RE: ONGLYZA (SAXAGLIPTIN) AND KOMBIGLYZE XR (SAXAGLIPTIN AND METFORMIN) PRODUCTS LIABILITY LITIGATION | Master File No. 5:18-md-2809-KKC |
| THIS DOCUMENT RELATES TO: | HON. KAREN K. CALDWELL |
| **THE ESTATE OF THEODORE RICHARD MCGHGHY, DECEASED, BY ITS ADMINISTRATOR STEPHEN T. MCGHGHY; STEPHEN MCGHGHY INDIVIDUALLY; PAMELA J. MCGHGHY, INDIVIDUALLY; MATTHEW R. MCGHGHY, INDIVIDUALLY; MICHAEL MCGHGHY, INDIVIDUALLY; RICHARD MCGHGHY, INDIVIDUALLY; and TODD MCGHGHY, INDIVIDUALLY,** | **SHORT FORM COMPLAINT AND DEMAND FOR JURY TRIAL**  Case No.: |
| VS. | |
| **BRISTOL-MYERS SQUIBB COMPANY, ASTRAZENECA PHARMACEUTICALS, LP, AND MCKESSON CORPORATION** | |

**SHORT FORM COMPLAINT**

Plaintiff(s) incorporate by reference the Master Complaint and Jury Demand filed in the above-referenced case on November 19, 2018. (Dkt. 185.) This Short Form Complaint adopts all of the Master Complaint and Jury Demand's allegations and claims against all Defendants as if copied here *in extenso*.

1

Upon information and belief, Plaintiff(s) further allege(s) as follows:

## PARTIES, JURISDICTION, AND VENUE

1. Plaintiff, Stephen T. McGhghy, is a resident and citizen of Keokuk, Iowa and claims damages as set forth below.

2. Plaintiff, Stephen T. McGhghy, brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself/herself*];

    ☒ In representative capacity as the Administrator of the Estate of Theodore Richard McGhghy (hereinafter "Plaintiff" or "Plaintiff Decedent"), having been duly appointed on February 26, 2019, by the Iowa District Court for Lee County. A copy of the Letters of Administration or Letters Testamentary for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate, or other appropriate court of the jurisdiction of the decedent.

3. Plaintiff, Pamela J. McGhghy, is a resident and citizen of Keokuk, Iowa and claims damages as set forth below.

4. Plaintiff, Pamela J. McGhghy, brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself/herself*];

5. Plaintiff, Matthew R. McGhghy, is a resident and citizen of Keokuk, Iowa and claims damages as set forth below.

6. Plaintiff, Matthew R. McGhghy, brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself/herself*];

7. Plaintiff, Michael McGhghy, is a resident and citizen of Keokuk, Iowa and claims damages as set forth below.

8. Plaintiff, Michael McGhghy, brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself/herself*];

9. Plaintiff, Richard McGhghy, is a resident and citizen of Keokuk, Iowa and claims damages as set forth below.

10. Plaintiff, Richard McGhghy, brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself/herself*];

11. Plaintiff, Todd McGhghy, is a resident and citizen of Ft. Madison, Iowa and claims damages as set forth below.

12. Plaintiff, Todd McGhghy, brings this action [*check the applicable designation*]:

    ☒ On behalf of [*himself/herself*];

13. State in which Plaintiff(s) allege(s) injury: Iowa.

14. Defendants:

    ☒ Bristol-Myers Squibb Company

    ☒ AstraZeneca Pharmaceuticals, LP

    ☒ McKesson Corporation

15. Jurisdiction is proper based upon diversity of citizenship.

16. The District Court in which remand for trial is proper and where this Complaint would have been filed absent the direct filing order by this Court is the United States District Court for the Southern District of Iowa.

## FACTUAL ALLEGATIONS

17. On or about October 11, 2011, Dr. John Lee prescribed ONGLYZA to treat Plaintiff Decedent for type 2 diabetes.

18. During the time of usage of ONGLYZA Plaintiff Decedent was a resident and citizen of Keokuk, Iowa.

19. Neither Plaintiff Decedent nor Dr. John Lee knew or had reason to know that ONGLYZA could cause heart failure or congestive heart failure.

20. As a result of taking ONGLYZA, on or about June 19, 2017, Plaintiff Decedent sustained severe and permanent injuries including, but not limited to, heart failure and/or congestive heart failure, as diagnosed by Dr. John H. Arnold at Blessing Hospital in Quincy, Illinois.

## ALLEGATIONS AS TO INJURIES

21. Plaintiff claims damages as a result of [*Check all that are applicable*]:

    ☒ Injury to self

    ☒ Injury to the person represented

    ☒ Wrongful death

    ☒ Survivorship action

    ☒ Economic loss

    ☒ Loss of consortium

22. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

**DEFENDANT-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

23. The following claims and allegations are asserted by Plaintiff(s) in the Master Complaint (Dkt. 185) and are herein adopted by reference [*check all that are applicable*]:

- ☒ Count I – Strict Liability/Design Defect
- ☒ Count II – Negligence
- ☒ Count III – Strict Liability/Failure to Warn
- ☒ Count IV – Breach of Warranty of Merchantability
- ☒ Count V – Breach of Express Warranty
- ☒ Count VI – Breach of Implied Warranty
- ☒ Count VII – Violation of Consumer Protection Laws and/or Deceptive Trade Practices under the Law of the State of Iowa.
- ☒ Count VIII – Loss of Consortium
- ☒ Count IX – Survival Action
- ☒ Count X – Wrongful Death
- ☒ Count XI – Punitive Damages
- ☐ Count XII – Other _____
- ☐ Count XIII – Other _____

If Count XII or Count XIII is alleged, additional facts supporting the claim(s):

_____

_____

_____

5

**PRAYER FOR RELIEF**

Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Complaint and Jury Demand. (Dkt. 185.) Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff(s) hereby demand(s) a trial by jury as to all claims in Complaint so triable.

Dated:  May 21, 2019                                          Respectfully submitted,

/s/E. Samuel Geisler
E. Samuel Geisler
Florida Bar No.: 83817
AYLSTOCK, WITKIN, KREIS &
OVERHOLTZ, PLLC
17 E. Main Street, Suite 200
Pensacola, Florida 32502
Tel: (850) 202-1010
Fax: (850) 772-9062
Email: SGeisler@awkolaw.com